IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

KELLY TIGERT,                    )
                                 )
        Petitioner,               )
                                 )
v.                               )    Case No. CIV-05-349-RAW
                                 )
HASKELL HIGGINS, Warden,          )
                                 )
        Respondent.               )

**JUDGMENT**

Pursuant to the Order contemporaneously entered, the court hereby enters this Judgment pursuant to Rule 58 F.R.Cv.P. dismissing this action.

**ORDERED THIS 30th DAY OF APRIL, 2008.**

**Dated this 30th Day of April 2008.**

J4h4i0

Ronald A. White
United States District Judge
Eastern District of Oklahoma